AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

TSW PARTNERS, LLC, a Delaware limited liability company,

*Plaintiff(s)*

v.

CHILDREN FIRST SPECIALTY PLAN, LLC, a Florida limited liability company,

*Defendant(s)*

Civil Action No. 6:17-cv-892-ORL-18-GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Children First Specialty Plan, LLC
c/o Registered Agent: Jay R. Tome, Esq.
15050 N.W. 79th Court, Suite 201
Miami Lakes, Florida 33016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Greg W. Herbert, Esq.
450 S. Orange Ave. Suite 650
Orlando, FL. 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/17/17

RCNelson

*Signature of Clerk or Deputy Clerk*